IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:23-cv-5-FL

| The Common Application, Inc., | |
|---|---|
| Plaintiff, | |
| v. | **ORDER ALLOWING EXTENSION OF TIME** |
| Bonck America Corporation f/k/a Beijing Bonck Technology America Corporation, | |
| Defendant. | |

Defendant moved, under Rule 6, for an order extending time in which to file a responsive pleading. It appears to the court that the time allowed had not expired when Defendants moved the court and that the motion should be allowed.

IT IS THEREFORE ORDERED that the time for filing a responsive pleading be extended 30 days up to and including 3 March 2023.

This __ day of February 2023

_____
Presiding Judge