IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:23-cv-5-FL

The Common Application, Inc.,

      Plaintiff,

v.

Bonck America Corporation f/k/a
Beijing Bonck Technology America
Corporation,

      Defendant.

**MOTION FOR EXTENSION OF TIME**

Defendant Bonck America Corporation moves, under Rule 6, for a 30-day extension of time in which to file a responsive pleading. Defendant's answer is currently due 3 April 2023.

The Court had previously allowed an extension through 3 April 2023 so the parties could attempt to resolve this matter through a settlement. The parties have agreed, in principle, to a settlement and circulated a draft settlement agreement. However, the parties are still working towards a compromise on minor issues (e.g., mandatory jurisdiction).

Defendant prays that the Court enter an order extending Defendant's time in which to file a responsive pleading 30 days up to and including 3 May 2023 so that the parties may continue to negotiate a settlement without needing to dedicate additional resources to pleadings that may become moot.

Respectfully submitted,
3 April 2023

                              STAM LAW FIRM, PLLC

                              /s/ R. Daniel Gibson
                              R. Daniel Gibson
                              State Bar No. 49222
                              *Attorneys for Defendant*
                              Post Office Box 1600
                              Apex, NC 27502
                              Tel: 919-362-8873
                              Fax: 919-387-7329
                              Dan@stamlawfirm.com

## Certificate of Service

I certify that I served Plaintiff with a copy of this motion by electronic mail addressed to:

Kevin Weigand
KWWeigand@venable.com

Nicholas DePalma
NMDePalma@venable.com

Christian Schreiber
CRSchreiber@venable.com

Jim Phillips
jphillips@brookspierce.com

William Robertson
WRobertson@brookspierce.com

3 April 2023

/s/ R. Daniel Gibson
R. Daniel Gibson