IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-CV-5-FL

THE COMMON APPLICATION, INC.

    *Plaintiff*,

    v.

BONCK AMERICA CORPORATION, f/k/a
BEIJING BONCK TECHNOLOGY
AMERICA CORPORATION,

    *Defendant*.

**CONSENT ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT**

This matter comes before the Court on the parties' joint motion for entry of a consent order for permanent injunction and final judgment. Plaintiff The Common Application, Inc. ("Common App") filed its Complaint against Defendant Bonck America Corporation, f/k/a Beijing Bonck Technology America Corporation ("Bonck"), seeking injunctive relief pursuant to 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), 15 U.S.C. § 1125(d), North Carolina common law claims, and N.C. Gen. Stat. § 75-1.1. Upon agreement of the parties, the Court hereby enters this Consent Order for Permanent Injunction and Final Judgment ("Order") as follows:

## STIPULATIONS

1.    The Court has jurisdiction over this matter and the parties.

2.    The Complaint alleges that Bonck has been infringing on Plaintiff's trademark rights to "COMMON APP" and "COMMON APPLICATION" (the "Common App Marks") in violation of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), 15 U.S.C. § 1125(d), N.C. Gen. Stat. § 75-1.1, and common law.

## DEFINITIONS

3. As used herein, "Bonck" refers to Bonck America Corporation, f/k/a Beijing Bonck Technology America Corporation, its parents, subsidiaries, successors, assigns, and any other entity that Bonck controls.

## ORDER

4. Bonck shall immediately and permanently cease all use of the Common App Marks, including as trademarks, trade names, and/or domain names, and whether used alone or together with additional wording.

5. In the event Bonck violates the terms of this Order, Bonck shall pay two thousand dollars ($2,000) to Common App each day that such violation continues.

6. The Court retains jurisdiction to enforce the terms of this injunction order.

7. All remaining aspects of this case are dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 29th day of June, 2023.

*/s/ Louise W. Flanagan*
Louise Wood Flanagan
United States District Judge

WE CONSENT:

THE COMMON APPLICATION, INC.

*[signature]*

Nicholas M. DePalma
Kevin W. Weigand
Christian R. Schreiber
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
kwweigand@venable.com
crschreiber@venable.com

*Counsel for Plaintiff The Common Application, Inc.*
*(Via Notices of Special Appearance)*

*[signature]* (with permission
Jim W. Phillips, Jr.
N.C. State Bar No. 19662
William A. Robertson
N.C. State Bar No. 53589
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 271-3174
Facsimile: (336) 232-9174
Email: jphillips@brookspierce.com
Email: wrobertson@brookspierce.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff The Common Application, Inc.*

BONCK AMERICA CORPORATION
f/k/a BEIJING BONCK TECHNOLOGY
AMERICA CORPORATION

*[signature]*

R. Daniel Gibson
N.C. State Bar No. 49222
STAM LAW FIRM
P.O. Box 1600
Apex, NC 27502
Tel: 919-362-8873
Fax: 919-387-7329
Dan@stamlawfirm.com

*Counsel for Defendant Bonck America Corporation*